1   V.R. Bohman, Esq.
    Nevada Bar No. 13075
2   Michaela G. Jones, Esq.
    Nevada Bar No. 15205
3   SNELL & WILMER L.L.P.
    50 West Liberty St., Ste. 510
4   Reno, Nevada 89501
    Telephone: 775-785-5440
5   Facsimile: 775-785-5441
    Email: vbohman@swlaw.com
6          mgjones@swlaw.com

7   *Attorneys for Plaintiff Sportsman's Warehouse, Inc.*

8

9                       **UNITED STATES DISTRICT COURT**

10                          **DISTRICT OF NEVADA**

11

12  SPORTSMAN'S WAREHOUSE, INC.,              Case No.:  2:24-cv-01278-JAD-NJK

13                      Plaintiff,            **STIPULATION AND ORDER FOR
                                              DISMISSAL WITH PREJUDICE**
14        v.

15  LEGACY SPORTS INTERNATIONAL, INC.,        ECF No. 18

16                      Defendant.

17        Plaintiff Sportsman's Warehouse, Inc. and Defendant Legacy Sports International, Inc.

18  (collectively, the "Parties"), by and through their counsel of record, stipulate and agree to dismiss

19  this case in its entirety with prejudice.

20  ///

21  ///

22  ///

23

24

25

26

27

28

1    Each party will bear its own fees and costs.

2    **APPROVED AS TO FORM AND CONTENT.**

3    DATED: November 4, 2024                    DATED: November 4, 2024

4

5    SNELL & WILMER L.L.P.                    BREMER WHYTE BROWN &
                                             O'MEARA LLP
6
     By: */s/ V.R. Bohman*                   By: */s/ Madeline Arcellana*
7       V.R. Bohman, Esq.                       Madeline M. Arcellana, Esq.
        Michaela G. Jones, Esq.                 1160 N. Town Center Drive, Ste. 250
8       50 West Liberty St., Ste. 510           Las Vegas, NV 89144
        Reno, Nevada 89501
9                                               Christopher Renzulli, Esq. (*Pro Hac Vice*)
10      *Attorneys for Plaintiff Sportsman's*   Howard B. Schilsky, Esq. (*Pro Hac Vice*)
        *Warehouse, Inc.*                       RENZULLI LAW FIRM, LLP
11                                              One North Broadway, Ste. 1005
                                                White Plains, NY 10601
12
13                                              *Attorneys for Defendant Legacy Sports*
                                                *International, Inc.*
14

15

16                    **ORDER**

17        **Based on the parties' stipulation [ECF No. 18] and good cause appearing, IT IS**

18    **HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to**

19    **bear its own fees and costs.  The Clerk of Court is directed to CLOSE THIS CASE.**

20

21    _____
22    U.S. District Judge Jennifer A. Dorsey
      Dated: November 6, 2024
23

24

25

26

27

28

Snell & Wilmer
L.L.P.
LAW OFFICES
50 West Liberty Street, Suite 510
Reno, Nevada 89501
775.785.5440